1484

**00–1572. Wallace v. Balint.**
Cuyahoga App. No. 75953. Discretionary appeal and cross-appeal allowed.

MOYER, C.J., dissents.

F.E. SWEENEY, J., not participating.

**00–1595. State v. Barnes.**
Portage App. No. 98–P–0052. Discretionary appeal allowed on Proposition of Law II and cause consolidated with 00–1682, *State v. Barnes,* Portage App. No. 98–P–0052.

MOYER, C.J., would also allow on Proposition of Law No. I.

F.E. SWEENEY and LUNDBERG STRATTON, JJ., would allow on all propositions of law.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.